UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENISE LETICIA MORALES,<br><br>  Plaintiff,<br><br>  v.<br><br>LOWE'S HOME CENTERS, LLC,<br><br>  Defendant. | Case No. 1:25-cv-00983-JLT-CDB<br><br>ORDER ON STIPULATION STAYING ACTION AND DIRECTING SUBMITTAL OF DISPUTES TO ARBITRATION<br><br>(Doc. 12)<br><br>**30-DAY and 120-DAY DEADLINES** |

**Background**

On July 2, 2025, Plaintiff Denise Leticia Morales ("Plaintiff") initiated this action against Defendant Lowe's Home Centers, LLC ("Defendant"), with the filing of a complaint in the Superior Court of California, County of Kern. (Doc. 1-3). On August 7, 2025, Defendant removed the action to this Court. (Doc. 1).

Pending before the Court is the stipulated request of Plaintiff and Defendant for order staying the action and requiring submittal of the parties' dispute to arbitration. (Doc. 12). The parties represent that they have agreed to submit this matter to binding arbitration pursuant to an arbitration agreement dated September 29, 2023. *Id.* at 2-3. The parties attach to the stipulated request a copy of the agreement. *Id.* at 6-8. Having reviewed the pleadings and the parties' request, the Court finds good cause to grant the relief requested.

**Conclusion and Order**

In light of the parties' representations and good cause appearing, it is HEREBY ORDERED:

1. The claims of Plaintiff SHALL BE SUBMITTED to arbitration;
2. This action shall be STAYED in its entirety pending the filing of a motion to confirm or vacate an arbitration award, or a notice of dismissal;
3. The parties SHALL FILE a joint notice informing the Court of the status of scheduling arbitration within 30 days of the date of this order;
4. The parties SHALL FILE a joint notice informing the Court of the status of arbitration every 120 days following the date of this order until arbitration is completed; and
5. Within 14 days of the completion of arbitration, the parties SHALL FILE a joint notice informing the Court that arbitration has been completed and describing the parties' intentions with respect to the disposition or continued litigation of this case.

IT IS SO ORDERED.

Dated:   **September 29, 2025**

UNITED STATES MAGISTRATE JUDGE

2