RAMIN R. YOUNESSI, ESQ. (SBN 175020)
ryounessi@younessilaw.com
AMBAR MEJIA-VILLAGRA, ESQ. (SBN 351272)
amejia@younessilaw.com
**LAW OFFICES OF RAMIN R. YOUNESSI, APLC**
3435 Wilshire Boulevard, Suite 2200
Los Angeles, CA 90010
Telephone: (213) 480-6200
Facsimile: (213) 480-6201

Attorneys for Plaintiff,
Denise Leticia Morales

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENISE LETICIA MORALES, an individual,<br><br>                Plaintiff,<br><br>    v.<br><br>LOWE'S HOME CENTERS, LLC, a North Carolina limited liability company; and DOES 1 through 20, inclusive,<br><br>                Defendants. | Case No. 1:25-cv-00983-JLT-CDB<br><br>*Assigned to the Honorable District Judge Jennifer L. Thurston*<br><br>**NOTICE OF WITHDRAWAL OF COUNSEL**<br><br><br>Action Filed:    July 2, 2025<br>Arbitration Date:  January 19, 2027 |

**TO THE HONORABLE COURT**:

The following attorney is no longer counsel of record in this action:

Name:      Azucena D. Portillo, Esq. (SBN 349834)
                Hurrell-LLP
                Tel: (213) 426-2000
                adportillo@hurrellcantrall.com

Dated:  June 2, 2026

**LAW OFFICES OF RAMIN R. YOUNESSI, APLC**

By: _ /s/ Ambar Mejia-Villagra _
RAMIN R. YOUNESSI
AMBAR MEJIA-VILLAGRA
Attorneys for Plaintiff,
DENISE LETICIA MORALES

NOTICE OF WITHDRAWAL OF COUNSEL

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a true and correct copy described as **NOTICE OF WITHDRAWAL OF COUNSEL** was on June 2, 2026 served upon all counsel of record electronically by the Court's Case Management System:

SEYFARTH SHAW LLP
Joshua A. Rodine, Esq.
jrodine@seyfarth.com
2029 Century Park East, Suite 3500
Los Angeles, California 90067-3021
Telephone: (310) 277-7200
Facsimile: (310) 201-5219

*Attorneys for Defendant,*
***LOWE'S HOME CENTERS, LLC***

SEYFARTH SHAW LLP
Adam C. Hackett, Esq.
ahackett@seyfarth.com
601 South Figueroa Street, Suite 3300
Los Angeles, California 90017
Telephone:   (213) 270-9600
Facsimile:    (213) 270-9601

☒    <u>BY NOTICE OF ELECTRONIC FILING:</u> The above-listed counsel have consented to electronic service and have been automatically served by the Notice of Electronic Filing automatically generated by CM/ECF at the time said document was filed and which constitutes service pursuant to FRCP 5(b)(2)(D).

Executed on June 2, 2026, at Los Angeles, California.

By:  /s/ Ashley Reveles

-3-

NOTICE OF WITHDRAWAL OF COUNSEL