AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Eastern District of California  ▾

| | | |
|---|---|---|
| Denise Leticia Morales | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.    1:25-cv-00983-CDB |
| Lowe's Home Centers, LLC | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff, Denise Leticia Morales                                                                .

Date:    06/02/2026

/s/ Ambar Mejia-Villagra
*Attorney's signature*

Ambar Mejia-Villagra, Esq. (SBN 351272)
*Printed name and bar number*
LAW OFFICES OF RAMIN R. YOUNESSI
A PROFESSIONAL LAW CORPORATION
3435 Wilshire Boulevard, Suite 2200
Los Angeles, California 90010

*Address*

amejia@younessilaw.com
*E-mail address*

(213) 480-6200
*Telephone number*

(213) 480-6201
*FAX number*

# CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy described as **APPEARANCE OF COUNSEL** was on June 2, 2026 served upon all counsel of record electronically by the Court's Case Management System:

SEYFARTH SHAW LLP  
Joshua A. Rodine, Esq.  
jrodine@seyfarth.com  
2029 Century Park East, Suite 3500  
Los Angeles, California 90067-3021  
Telephone: (310) 277-7200  
Facsimile: (310) 201-5219

*Attorneys for Defendant,*  
*LOWE'S HOME CENTERS, LLC*

SEYFARTH SHAW LLP  
Adam C. Hackett, Esq.  
ahackett@seyfarth.com  
601 South Figueroa Street, Suite 3300  
Los Angeles, California 90017  
Telephone:  (213) 270-9600  
Facsimile:  (213) 270-9601

☒    BY NOTICE OF ELECTRONIC FILING: The above-listed counsel have consented to electronic service and have been automatically served by the Notice of Electronic Filing automatically generated by CM/ECF at the time said document was filed and which constitutes service pursuant to FRCP 5(b)(2)(D).

Executed on June 2, 2026, at Los Angeles, California.

By:  /s/ Ashley Reveles

CERTIFICATE OF SERVICE